# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**V.**                                                                      **4:03CR00289 JMM**

**HEZEKIAH SATTERFIELD**

## ORDER

Pending is the Defendant's motion to amend his federal sentence to run concurrently with his state sentence. The Government has responded and has no objection. Therefore, the Defendant's Motion (Docket # 40) is GRANTED.

The Defendant's Judgment and Commitment is hereby amended to state that his federal sentence shall run concurrently with his state sentence which he has already served.

IT IS SO ORDERED this 16th day of June 2008.

_____
James M. Moody
United States District Judge